IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL ROY PARKINSON,<br><br>                  Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>                  Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-152-DN<br><br>District Judge David Nuffer |

      Petitioner, Michael Roy Parkinson, filed a habeas-corpus petition. He now moves to dismiss it. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request." The Court has carefully reviewed Petitioner's motion and other materials on the docket.

      Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion to dismiss his petition is GRANTED. (*See* Docket Entry # 34.)

      This case is CLOSED.

         DATED this 5th day of July, 2017.

                              BY THE COURT:

                              _____
                              CHIEF JUDGE DAVID NUFFER
                              United States District Court